IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**E. CLAIBORNE ROBINS COMPANY, INC.,**

    **Plaintiff,**

v.   Civil Action No. 3:18cv827

**TEVA PHARMACEUTICAL INDUSTRIES, LTD.,** *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court on the Parties' Joint Notice of Agreed Trial Date and Pretrial Deadlines (the "Joint Notice"). (ECF No. 93.) In the Joint Notice and pursuant to the Court's April 9, 2021 Order, (ECF No. 92), the Parties request that: (1) the jury trial commence on November 5, 2021, at 10:00 a.m. and continue through November 11, 2021; (2) the deadline for complete production of documents pursuant to the Court's April 9, 2021 Order, (ECF No. 92), be scheduled for May 3, 2021; (3) the deadline for designating expert witnesses pursuant to Paragraph 14 of the Court's Initial Pretrial Order, (ECF No. 85), be scheduled for July 12, 2021; (4) the deadline for designating expert witnesses pursuant to Paragraph 15 of the Court's Initial Pretrial Order, (ECF No. 85), be scheduled for August 9, 2021; (5) the deadline for designating expert witnesses pursuant to Paragraph 16 of the Court's Initial Pretrial Order, (ECF No. 85), be scheduled for August 20, 2021; and, (6) all other pretrial dates and deadlines be determined in accordance with the Court's Initial Pretrial Order, (ECF No. 85), on the basis of the newly proposed trial date of November 5, 2021.

Finding good cause shown, the Court RESCHEDULES the jury trial to begin on November 5, 2021, at 10:00 a.m. and continue through November 11, 2021. The Court RESCHEDULES the deadline to complete production of documents pursuant to its April 9, 2021 Order, (ECF No. 92), to May 3, 2021. The Court RESCHEDULES the deadlines for designating expert witnesses pursuant to Paragraphs 14, 15, and 16 of its Initial Pretrial Order, (ECF No. 85), to July 12, 2021, August 9, 2021, and August 20, 2021, respectively. All other aspects of the Initial Pretrial Order, (ECF No. 85), SHALL remain the same and be determined in accordance with the new trial date of November 5, 2021.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 4/20/21
Richmond, Virginia