UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E. CLAIBORNE ROBINS COMPANY, INC.,

    Plaintiff,

v.

                              Case No.    3:18-cv-827-DJN-EWH

TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
*et al*.

    Defendants.

**PLAINTIFF'S MOTION FOR LEAVE
TO PRESENT TESTIMONY OF ADDITIONAL EXPERT AT TRIAL**

    Plaintiff E. Claiborne Robins Company, Inc. ("Robins"), by counsel, and pursuant to Rule 26(a)(2) and this Court's Scheduling and Pretrial Order [ECF No. 179], respectfully requests that the Court grant it leave to present at trial the testimony of a second expert witness. This is in addition to the one expert witness allowed each side, as related by the Court during its status conference with the parties on November 8, 2021, and implemented in the above-referenced order. [ECF No. 179.] The grounds for this motion are set forth in the accompanying memorandum of law.

    WHEREFORE, Plaintiff E. Claiborne Robins Company, Inc. respectfully requests that the Court grant its Motion for Leave to Present Testimony of Additional Expert at Trial, enter the attached Proposed Order, and grant such further relief as the Court deems just and proper.

Dated: November 22, 2021　　　　　　　E. CLAIBORNE ROBINS COMPANY, INC.

By　　　　　/s/　　　　　
　　　　Counsel

Thomas M. Wolf (VSB No. 18234)
Joseph M. Rainsbury (VSB No. 45782)
John "Jack" M. Robb, III (VSB No. 73365)
Kenneth T. Stout (VSB No. 88027)
Jason F. Goldsmith (VSB No. 95264)
MILES & STOCKBRIDGE P.C.
919 E. Main Street, Suite 1302
Richmond, Virginia 23219
804.905.6910 (Telephone)
804.905.6910 (Facsimile)
twolf@milesstockbridge.com
jrainsbury@milesstockbridge.com
jrobb@milesstockbridge.com
ktstout@milesstockbridge.com
jgoldsmith@milesstockbridge.com

James A. Sullivan, Jr. (admitted *pro hac vice)*
Matthew M. May (admitted *pro hac vice)*
MILES & STOCKBRIDGE P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
301.762.1600 (Telephone)
301.762.0363 (Facsimile)
jsulliva@milesstockbridge.com
mmay@milesstockbridge.com

*Counsel for E. Claiborne Robins Co., Inc.*