UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

E. CLAIBORNE ROBINS COMPANY, INC.,

    Plaintiff,

v.

TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
*et al*.

    Defendants.

Case No.    3:18-cv-827-DJN-EWH

**[PROPOSED]
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO PRESENT TESTIMONY OF ADDITIONAL EXPERT AT TRIAL**

    This matter is before the Court on Plaintiff E. Claiborne Robins Company, Inc. ("Robins") Motion for Leave to Present Testimony of Additional Expert at Trial ("Motion").

    Upon consideration of Robins' Motion, Robins' memorandum in support, and any opposition filed thereto, and for good cause shown, it is hereby

    ORDERED that Robins' Motion is granted.

    The Court grants Robins leave to present at trial the expert witness testimony of Guy Davis with respect to the matters set forth in his expert report.  Robins' disclosure of Mr. Davis's expected testimony shall conform to the Scheduling and Pretrial Order for this case and all applicable Federal Rules.

    It is so ORDERED.

    Let the clerk send a copy of this Order to all counsel of record.

_____
David J. Novak
United States District Judge

Richmond, Virginia

Date: _____, 2021