# Exhibit 43

# Filed Under Seal