IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

E. CLAIBORNE ROBINS CO., INC.,
Plaintiff,

v. Civil No. 3:18cv827 (DJN)

TEVA PHARMACEUTICAL
INDUSTRIES, LTD, *et al.*,
Defendants.

**ORDER**
**(Denying Motion for Summary Judgment)**

This matter comes before the Court on Defendants' Motion for Summary Judgment, moving for summary judgment on the issue of personal jurisdiction (ECF No. 246). Because a genuine dispute of material fact exists, the Court hereby DENIES the Motion (ECF No. 246), pursuant to Federal Rule of Criminal Procedure 56(a). *See* Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.")

The Clerk is DIRECTED to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: January 13, 2022